**EASTMAN KODAK COMPANY, Agfa Corporation, Esko Software BVBA, Heidelberg, USA, Appellants**

v.

**CTP INNOVATIONS, LLC, Appellee**

2017-1278, 2017-1279

United States Court of Appeals, Federal Circuit.

February 6, 2018

SCOTT ANTHONY MCKEOWN, Ropes & Gray LLP, Washington, DC, argued for appellants. Also represented by DOUGLAS HALLWARD-DRIEMEIER.

JOSEPH PIA, Pia Anderson Dorius Reynard & Moss, Salt Lake City, UT, argued for appellee.

(Moore, Hughes, and Stoll, Circuit Judges ).

### JUDGMENT

PER CURIAM

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**